# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZENA MANDERVILLE,

    Plaintiff,

vs.

LITTON LOAN SERVICING, *et al.*,

    Defendants.

Case No. 2:10-cv-01696-JCM-GWF

**ORDER**

**Emergency Motion to Strike Plaintiff's Expert Witness Disclosures - #19**

    This matter is before the Court on Defendants' Emergency Motion to Strike Plaintiff's Expert Witness Disclosures (#19) filed January 7, 2011; Plaintiff's Opposition to Defendants' Emergency Motion (325), filed January 26, 2011; and Defendants' Reply in Support of Motion (#30) filed February 2, 2011.  The Court conducted a hearing in this matter on February 7, 2011.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

    **IT IS ORDERED** that Defendants' Emergency Motion to Strike Plaintiff's Expert Witness Disclosures (#19) is **denied**.  The following discovery plan and scheduling order dates shall apply:

    1.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **February 21, 2011**

    2.    Last date to disclose rebuttal experts: **March 23, 2011**

    3.    Last date to file dispositive motions: **April 22, 2011**

    4.    Last date to file joint pretrial order: **May 23, 2011**

    DATED this 7th day of February, 2011.

                                                */s/ George Foley Jr.*
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge